UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 3 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NELSON R. SANTANA,

            **Plaintiff,** *pro se,*

    **v.**

DEPARTMENT OF JUSTICE,

        **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)

**Civil Case No. 9-300 (RJL)**

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this /0 day of December, 2011, it is hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment [Dkt. #22] is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant; and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge